IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ALICE LANELLE BARNETT, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-131 (LAG) |
| | * |
| CITY OF WARWICK GEORGIA, et al., | * |
| Defendants. | * |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated September 19, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 20th day of September, 2024.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk